JACK L. JACOBS, Appellant, v. ADOLF GOBEL, INC., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

SAMUEL KARGMAN and Others, Appellants, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

MAY KEEFER, as Administratrix, etc., of CARL J. KEEFER, Deceased, Respondent, v. KATHARINE M. DAUM, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. A limited stay of execution, pursuant to section 568-a of the Civil Practice Act, until the granting or final refusal by the Court of Appeals of leave to appeal, is granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

JOSEPH MAUCIERI, Appellant, v. EDNA WARE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

WILLIAM A. SUTHERLAND, Individually and as Guardian ad Litem of PATRICIA SUTHERLAND, an Infant under the Age of Fourteen Years, Respondent, v. WESTERLEIGH SAVINGS & LOAN ASSOCIATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

FRANK S. ARGUIMBAU, Appellant, v. ANETA ALLYN ARGUIMBAU, Respondent.— In this separation action brought by plaintiff-husband against his wife, on the ground of abandonment and cruel and inhuman treatment, including adultery on the part of the defendant, the wife interposed two counterclaims seeking a separation on the ground of cruel and inhuman treatment, and divorce. An order was entered awarding defendant alimony of $250 a week and a counsel fee of $4,500, and the plaintiff appeals. Order modified on the law and the facts by reducing the alimony to $150 a week and the counsel fee to $3,000, and as so modified, affirmed, without costs. In our opinion, the amounts awarded by the Special Term are excessive. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. Settle order on notice.

OLA BARNES, as Administratrix, etc., of NATHAN BARNES, Deceased, Respondent. v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Action for wrongful death of plaintiff's decedent as a consequence of the decedent being struck and killed by a trolley car of the defendant. Judgment for the plaintiff reversed on the facts and a new trial granted, with costs to abide the event. The judgment is against the weight of evidence on the issue of liability as well as the issue of damages. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.